■ THELMA D. DAVIS, Appellant, v CITY OF NEW YORK et al., Respondents. [824 NYS2d 709]—

Order, Supreme Court, New York County (Doris Ling-Cohan, J.), entered October 12, 2005, which granted defendants' motion pursuant to CPLR 3211 (a) to dismiss the complaint, unanimously affirmed, without costs.

Plaintiff's decedent, a member of the City Council, was fatally shot by an assailant in the Council chambers in 2003. In this action, she alleged inadequate security at City Hall.

As a municipal employee at the Council, the decedent was covered by workers' compensation (Administrative Code of City of NY § 3-204.3; Workers' Compensation Law § 3 [1] [Group 19]). Thus, plaintiff's recovery was limited to the workers' compensation award she has already received (Workers' Compensation Law §§ 11, 29).

We have considered plaintiff's remaining contentions and find them without merit. Concur—Tom, J.P., Andrias, Marlow, Nardelli and McGuire, JJ. [*See* 10 Misc 3d 234 (2005).]